SCOTT M. MORSE, SR.

CHIEF PROBATION OFFICER
Thomas S. Foley
United States Courthouse
920 W Riverside, Room 540
PO BOX 306
SPOKANE, WA  99210-0306
(509) 742-6300 / fax (509) 742-6339

REPLY TO   Spokane

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
PROBATION OFFICE

June 4, 2015

BRANCH OFFICES

FEDERAL BUILDING
25 S. 3rd Street, Room 326
PO BOX 1791
YAKIMA, WA  98907-1791
(509) 574-5535 / fax (509) 574-5539

FEDERAL BUILDING
825 Jadwin Ave, Suite 170
RICHLAND, WA  99352-0446
(509) 943-8130 / fax (509) 943-8139

The Honorable Thomas O. Rice
United States District Court
Thomas S. Foley United States Courthouse
920 West Riverside Avenue, 9th Floor
Spokane, WA 99201-1010

**RE:** SILKEUTSABAY, Boualong
**DOCKET NO.:** 2:13CR00140-TOR-3
**REQUEST FOR MODIFICATION**

Dear Judge Rice:

On May 29, 2015, Your Honor ordered that Mr. Silkeutsabay's conditions of release be modified to discontinue the use of electronic monitoring, and instead placed Mr. Silkeutsabay on home incarceration. The defendant is required to be in his residence at all times except for medical needs or treatment, religious services , court appearances, and at such other times ONLY as pre-approved in advance by his pretrial services officer.

On June 1, 2015, pretrial services, from the Central District of California, contacted the undersigned officer to discuss the modification of conditions.  Pretrial services indicated that their ability to monitor someone on home incarceration without the use of electronic monitoring would be very difficult, as they would have no way to know if the defendant was adhering to the condition at all times.  Therefore, pretrial services in the Central District of California requested that the condition placing the defendant on home incarceration be removed.

On June 1, 2015, Mr. Silkeutsabay visited his pretrial services officer in the Central District of California, and discussed modifying his release conditions to remove the condition for home incarceration.  Mr. Silkeutsabay was in agreement to remove the condition and signed a consent to modify conditions of release.   Defense counsel was contacted and agreed to the modification and signed the form as well.

**Silkeutsabay, Boualong**
**June 4, 2015**
**Page 2**

The consent to modify conditions of release form is attached for your review and signature. Should the Court have any further questions, please contact the undersigned officer.

                                Respectfully submitted,

                                Scott M. Morse, Sr.
                                Chief U. S. Probation Officer

                                By: s/Stephanie Cherney      06/04/2015
                                Stephanie Cherney          Date
                                U.S. Probation Officer

APPROVED BY:

s/Shane Moore                  06/04/2015
Shane Moore                     Date
Supervising U.S. Probation Officer

---

THE COURT ORDERS

[ ]    No Action
[ ]    The Extension of Supervision as Noted Above
[ ]    The Modification of Conditions as Noted Above
[XX]  Other  The conditions of release currently in place allow the supervising officer sufficient discretion to effectively monitor Defendant's conduct, without placing an undue burden on the officer and while imposing the least restrictive measures necessary to protect the public and assure Defendant's appearance.

*Thomas O. Rice*
Signature of Judicial Officer

6/5/2015
Date